# EXHIBIT 1

# EXHIBIT 1





Powered by Clickability

Click to Print

SAVE THIS | EMAIL THIS | Close

Aug. 26, 2010
Copyright © Las Vegas Review-Journal

## MIKE WEATHERFORD: Vegas stints can help, haunt

No one will argue Las Vegas brought star power back to the Strip. But most stars here for more than an occasional concert stop still are haunted by a label that has dogged this town since the '70s. Are they "has-beens"?

One measure -- at least before the record industry fell apart -- was whether the star in question still is making and selling albums in the present tense.

By that standard, it was encouraging to see Arista using Carlos Santana's residency at the Hard Rock Hotel as a launching pad for "Guitar Heaven ... The Greatest Guitar Classics of All Time," due Sept. 21.

Label head Clive Davis was to host a "VIP Listening Event" Wednesday afternoon. That night's show was to include three guest singers from the new album: India.Arie, Chris Daughtry and Gavin Rossdale.

Celine Dion brought high-wattage star power back to the Strip in 2003. The record industry was already in free fall by then, but the launch of "A New Day" at Caesars Palace was successfully cross-promoted with the release of her "One Heart" album, including the use of one song in a Chrysler ad campaign.

But Caesars Palace roommate Elton John released two albums during his time there, and neither attracted much attention. They barely even found their way into his shows; he managed to work one song from each into the greatest hits revue.

Bette Midler and Cher (so far, at least) didn't bother with an album during their Caesars runs. By contrast, Barry Manilow has tied his Las Vegas work into cable shopping network promotions for recent albums.

Manilow's new show at Paris Las Vegas features a trio of songs from his latest, "The Greatest Love Songs of All Time." Coincidentally, that one also is an Arista release, produced by Davis.
...

"Country Superstars Tribute" makes a full circle back to Fremont Street, opening Aug. 31 at the Golden Nugget, sharing a theater with impressionist Gordie Brown.

The country twist on the "Legends in Concert" format proved resilient since it opened at Fitzgeralds in 2007. Most recently it was at Whiskey Pete's on the state line at Primm.

"Country music's really hot again," producer Leonard Quenneville says of the revue he launched with musical supervisor Ron Keel, an '80s heavy metal star who now performs as Ronnie Dunn from Brooks & Dunn.

Of course, country's hotness also means more of the real deal as competition. But the genuine country stars -- at least the biggest ones who merit impersonation -- "don't come

enough to really hurt us," Quenneville says. Nonetheless, "Tribute" will take a break during the country invasion of the National Finals Rodeo in December.

The show still features a five- or six-piece band, and the roster of impersonators includes Corrie Sachs' amazing take on Reba McEntire. ...

Dirk Arthur will move into the tiny showroom at O'Sheas under the helm of Chip Lightman, who also produces the Donny and Marie Osmond show at the adjacent Flamingo.

This one is a head-scratcher because Arthur is known primarily for his tigers and big illusions, not for the close-up, personality-based magic that would seem to be all that's feasible in a 130-seat venue with no real backstage storage. ...

"Nunsense," the durable musical comedy that has become a community theater staple, seems to be on track for a Sept. 15 debut in the Shimmer Showroom, the smaller of the two venues at the Las Vegas Hilton.

The opportunities to cross-promote roommate raunch comic Andrew Dice Clay and the cute musical about nuns seem boundless.

Contact reporter Mike Weatherford at mweatherford@ reviewjournal.com or 702-383-0288.

**Find this article at:**
http://www.lvrj.com/neon/vegas-stints-can-help--haunt-101544583.html

 Click to Print            SAVE THIS | EMAIL THIS | Close

Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

Join Chat                    **BootLeg Betty**

---

*Vegas: Does It Still Have A Stigma?*
Posted at 9:21 am by Mister D

### Las Vegas Review-Journal
**Aug. 26, 2010**
**Copyright © Las Vegas Review-Journal**
**MIKE WEATHERFORD: Vegas stints can help, haunt**



No one will argue Las Vegas brought star power back to the Strip. But most stars here for more than an occasional concert stop still are haunted by a label that has dogged this town since the '70s. Are they "has-beens"?

One measure — at least before the record industry fell apart — was whether the star in question still is making and selling albums in the present tense.

By that standard, it was encouraging to see Arista using Carlos Santana's residency at the Hard Rock Hotel as a launching pad for "Guitar Heaven ... The Greatest Guitar Classics of All Time," due Sept. 21.

Label head Clive Davis was to host a "VIP Listening Event" Wednesday afternoon. That night's show was to include three guest singers from the new album: India.Arie, Chris Daughtry and Gavin Rossdale.

Celine Dion brought high-wattage star power back to the Strip in 2003. The record industry was already in free fall by then, but the launch of "A New Day" at Caesars Palace was successfully cross-promoted with the release of her "One Heart" album, including the use of one song in a Chrysler ad campaign.

But Caesars Palace roommate Elton John released two albums during his time there, and neither attracted much attention. They barely even found their way into his shows; he managed to work one song from each into the greatest hits revue.

Bette Midler and Cher (so far, at least) didn't bother with an album during their Caesars runs. By contrast, Barry Manilow has tied his Las Vegas work into cable shopping network promotions for recent albums.

Click here to update your status on multiple social networks at once!

Manilow's new show at Paris Las Vegas features a trio of songs from his latest, "The Greatest Love Songs of All Time." Coincidentally, that one also is an Arista release, produced by Davis. ...

Join Chat

"Country Superstars Tribute" makes a full circle back to Fremont Street, opening Aug. 31 at the Golden Nugget, sharing a theater with impressionist Gordie Brown.

The country twist on the "Legends in Concert" format proved resilient since it opened at Fitzgeralds in 2007. Most recently it was at Whiskey Pete's on the state line at Primm.

"Country music's really hot again," producer Leonard Quenneville says of the revue he launched with musical supervisor Ron Keel, an '80s heavy metal star who now performs as Ronnie Dunn from Brooks & Dunn.

Of course, country's hotness also means more of the real deal as competition. But the genuine country stars — at least the biggest ones who merit impersonation — "don't come enough to really hurt us," Quenneville says. Nonetheless, "Tribute" will take a break during the country invasion of the National Finals Rodeo in December.

The show still features a five- or six-piece band, and the roster of impersonators includes Corrie Sachs' amazing take on Reba McEntire. ...

Dirk Arthur will move into the tiny showroom at O'Sheas under the helm of Chip Lightman, who also produces the Donny and Marie Osmond show at the adjacent Flamingo.

This one is a head-scratcher because Arthur is known primarily for his tigers and big illusions, not for the close-up, personality-based magic that would seem to be all that's feasible in a 130-seat venue with no real backstage storage. ...

"Nunsense," the durable musical comedy that has become a community theater staple, seems to be on track for a Sept. 15 debut in the Shimmer Showroom, the smaller of the two venues at the Las Vegas Hilton.

The opportunities to cross-promote roommate raunch comic Andrew Dice Clay and the cute musical about nuns seem boundless.

Contact reporter Mike Weatherford at mweatherford@ reviewjournal.com or 702-383-0288.

This entry was posted in Articles/Essays, Vegas. Bookmark the permalink.

BootLeg Betty
Proudly powered by WordPress.

# EXHIBIT 3

# EXHIBIT 3

# *-APPLICATION-*

## Title

**Title of Work:** Vegas stints can help, haunt

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 26, 2010     **Nation of 1st Publication:** United States

## Author

- **Author:** Stephens Media LLC

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com     **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

      **Name:** Steven A. Gibson

      **Date:** September 21, 2010

**Applicant's Tracking Number:** 0002103

---

Registration #:

Service Request #:  1-490417983

Application Date:  09-21-2010 17:44:32

# Correspondent

Organization Name:  Righthaven LLC
Name:  Steven A. Gibson
Address:  9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

# Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States